2).



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**
JUL 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL L. ASH

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

RICHARD A. DEVINE

MEGAN GOLDISH

LORNA AMADO CHEYLIN

EDWIN A. BURNETTEE

ANDREA WEBBER

KELLY CHRISTL

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

10 C 4366
Judge Blanche M. Manning
Magistrate Judge Arlander Keys

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

May 10, 2010  0:34 1

(3)

I. **Plaintiff(s):**

A. Name: MICHAEL L. ASH

B. List all aliases: BOO

C. Prisoner identification number: B-52018

D. Place of present confinement: MENARD CORRECTIONAL CENTER

E. Address: 711 KASKASKIA STREET MENARD, IL 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: RICHARD A. DEVINE

Title: COOK COUNTY STATES ATTORNEY

Place of Employment: 309 RICHARD J. DALEY CENTER

B. Defendant: MEGAN GOLDISH

Title: COOK COUNTY STATES ATTORNEY/ASSISTANT

Place of Employment: 2650 SOUTH CALIFORNIA

C. Defendant: LORNA AMADO CHEVLIN

Title: COOK COUNTY STATES ATTORNEY/ASSISTANT

Place of Employment: 2650 SOUTH CALIFORNIA

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

May 10, 2010 0:34 PM

(4)

A. Defendant: EDWIN A. BURNETTE
Title: Cook County Public Defender
Place of Employment: 2650 South California

B. Defendant: ANDREA WEBBER
Title: Cook County Public Defender/Assistant
Place of Employment: 2650 South California

C. KELLY CHRISTL
Title: Cook County Public Defender/Assistant
Place of Employment: 2650 South California

(5)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: N/A

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: N/A

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

May 10, 2010  0:34 PM

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On may 9, 2007, i was convicted of Armed Habitual criminal and unlawful use of a weapon by a felon. i was sentenced to eight (8) yrs count: 1 ARMED HABITUAL CRIMINAL, and eight (8) yrs count: 2 Felon poss/use firearm on JUNE 18, 2007. i recieved a statement of facts by ASSISTANT STATES ATTORNEY MEGAN GOIDISH STATing That i was charged and convicted of a BURGLARY CASE: NO 01C6 60034. also, in the indictment papers, it states that i was convicted of a BURGLARY case NO: 01C6 60034, which is false. i have never been convicted of a BURGLARY. This false charge of BurglARy was used in the indictment papers, as one of the two predicate convictions necessary for a conviction as an armed habitual criminal. my charge of possession of a firearm by a felon was ehanced based on the false charge of BurgLARy that someone else was convicted of. in better words,

4

May 10, 2010   0:34 PM

(7)

The BURGLARY that someone eles was charged and convicted of was some how placed in my back ground and used to enhance my case. ATTACHED is The Statement of facts By States Attorney MEGAN GOIDISH, AN AFFIDAVIT from Assistant Appellate Defender Michael ORENSTEIN. Deprivation is a violation of my constitutional, State and federal rights, which is a violation of my due process and equal protection of the law. which is a violation of 5th, 6th and 14th amendment Rights of the united states constitution, as well as article 1 section 2, 8 of the Illinois constitution.

also, if you check, you will see that i was incarcerated when the defendant who committed the BURGIARY was sentenced on january 19, 2001, Case No. 01 C6 60034. i was completing a Ten(10) year sentence and i was released months after january 19, 2001, which should prove that i never was convicted of that case, which was used to enhance my case that i was convicted of. in other words, i'm paying for someone eless actions and i wasn't even released from prison yet when the crime accured. all the people who are named in this suit are responsible for this because case No: 01C6 60034 Should have been checked and proven before i was falsely charged of comitting the case that was used to enhance my sentence.

Revised 9/2007

May 10, 2010    0:34 PM

## STATEMENT OF CLAIM:

Supreme Court rule 451 was violated because the court appointed public defender, ANDREA WEBBER failed to conduct a hearing to prove that i was never convicted for case no: 01 C6 69084, which was used to enhance my case and charge me with a seperate charge of Armed Habitual criminal. Supreme Court rule 412 was violated because ANDREA WEBBER, my court appointed attorney failed to look at all factors and disclose them to me. Supreme court rule 222 states that new found evidence can be used if the person finds out about the new found evidence later. for the record, i did not know about this evidence until after i recieved my indictment documents, which was after trial and sentencing. also prior to August 2, 2005, there was no offense of Armed Habitual criminal in illinois. in 2007, may 9th, plaintiff was charged with and convicted of a criminal offense that was in existence when he committed the prior felonies relied upon by the prosecutor to establish essential elements of the offense. This is not merely an enhanced sentencing penalty based on the plaintiffs prior record, but rather a new criminal offense. the two convictions relied upon by the prosecutor in the case at bar predated the effective date of the offense of Armed Habitual criminal, which is a violation of the ex post facto Law. the offense that the plaintiff was convicted of must have occurred after August 2, 2005, the effective date of the legislation, yet, only the plaintiff's possession of a firearm occurred after that date and possession of a firearm alone does not establish the Armed Habitual criminal since all of the elements of the offense of Armed



## STATEMENT OF CLAIM:

Habitual criminal which the plaintiff was charged did not occur after the effective date of the law, the plaintiffs conviction was a violation of the ex post facto clause. The punishment imposed under the Act is for the most recent offense only. The penalty is made heavier because the person convicted is an Armed Habitual criminal. this was was not merely a sentencing provision but was rather a substantive criminal offense. As such it is not exempted from the requirement that all of the acts must be proved to establish this new charge of Armed Habitual. This was not done in this case and if you would look at Assistant Appellate Defender Michael ORENSTEIN, you will see that i should not have been charged as an Armed Habitual criminal because the case that was relied upon to enhance my case and charge me with a new charge of Armed Habitual criminal was not proven because i've never been convicted for case No: 01 cr 60034. in fact, i was incarcerated when the person who committed that crime was sentenced.

ATTACHED is EXHIBIT (1) an AFFIDAVIT from attorney Michael ORENSTEIN. EXHIBIT (2) from states attorney Megan Goldish STATEMENT OF FACTS. EXHIBIT (3) charge sheet by states attorney Megan Goldish.

Con't From page 9

## STATEMENT OF CLAIMS

Due to a violation of my constitutional rights, i suffer from mental and emotional stress, which makes it hard for me to sleep at night. it's hard for me to deal with the fact that my case was enhanced based on someone eles back ground or better yet, a case that i did not commit. i was incarcerated when case no: 01 c6 6003 was commited by curtis Blackman and when he was sentenced for that case.

i speak to a psychologist on the regular and i've been prescribed medication to help me to sleep at night because of this in-justice. i'm waiting on my medical records to arrive, so i can send them to the clerk to help support my claim. i'm being punished for someone eles deeds.



**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like To Be awarded $250.000 for This Due process violation and Deprivation of STATE and federal constitutional rights, and mental and emotional stress

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8th__ day of __July__, 20__10__

_Michael ash_
(Signature of plaintiff or plaintiffs)

__Michael Ash__
(Print name)

__B-52018__
(I.D. Number)

__MENARD CORRECTIONAL CENTER__
__711 KASKASKIA STREET__
__CHICAGO IL 62259__
(Address)

6

Revised 9/2007

May 10, 2010   0:34 PM



STATE OF ILLINOIS )
) SS
COUNTY OF COOK )
)

Plaintiff

Exhibit (1)

## AFFIDAVIT

Michael Orenstein, being first duly sworn on oath, deposes and says:

1. That on April 20, 2010, I received a letter from Michael Ash. In that letter, he said that he was not the person who was convicted in a burglary Cook County case no. 01 C6 60034. He also enclosed a copy of his indictment, in which he was charged with being an armed habitual criminal. The indictment listed case no 01 C6 60034 as one of the two predicate convictions necessary for a conviction as an armed habitual criminal. His other predicate conviction was a murder conviction in a different case.

2. I looked at the brief I had written for Ash. It reflected that by defense counsel's stipulation, Ash's felony convictions made him eligible for the armed habitual criminal offender statute.

3. I then logged onto the computerized records of criminal cases for the Cook County Circuit Court. I looked up case no. 01 C6 60034. The only defendant named in that case was "Curtis Blackomn" (which, I assumed, was a typo for Curtis Blackmon).

4. The data for 01 C6 60034 did not list an IR or fingerprint number for that case. However, I did notice that on January 19, 2001, the defendant in that 00 C6 60034 case was sentenced concurrently with case no. 00 CR 04443.

5. I then looked up 00 CR 04443. The defendant in that case was named Curtis Blackmon and his IR number was 0894950. Blackmon has 20 entries under this IR number, most of which list "Curtis," "Kurtis," or "Curtise" Blackmon as a name.

6. According to the computer record of the case in which Ash was convicted of being an armed habitual criminal, 06 CR 09873, Ash's IR number is 0984950. Even stranger, when looking up all the cases under this IR number, one finds six cases under "Michael Ash" and one under "Curtis Blackmon."

7. It seems likely, therefore, that the record is full of typos; that trial counsel's stipulation may well have been a mistake; that Michael Ash was never convicted in case no. 01 C6 60034; and that Ash may well not be guilty of being an armed habitual criminal.

Apr 30, 2010



8. I hope the Court will appoint post-conviction counsel for Ash who can investigate this matter more thoroughly.

MICHAEL ORENSTEIN
Assistant Appellate Defender

SUBSCRIBED AND SWORN TO BEFORE ME
on April 20, 2010

NOTARY PUBLIC

Official Seal
Carol M Chatman
Notary Public State of Illinois
My Commission Expires 04/10/2012

Apr 30, 2010   1:13 PM

(13)

IN RE: MICHAEL ASH
Plaintiff CASE NO. 06CR-9873
~~Defendant~~

Exhibit (2)

OFFICIAL STATEMENT OF FACTS
-------------------------------

    ON APRIL 13, 2006 AT 5237 SOUTH GREEN, CHICAGO, ILLINOIS, OFFICERS ENTERED THE RESIDENCE WITH A VALID SEARCH WARRANT. IN THE DEFENDANT, MICHAEL ASH'S, BEDROOM, THEY FOUND DEFENDANT SLEEPING IN A BASEMENT BEDROOM. FROM DEFENDANT'S BEDROOM, THE POLICE ALSO RECOVERED A 9MM LOADED GUN, PROOF OF RESIDENCY AND A BAG WITH VARIOUS ROUNDS OF AMMUNITION. DEFENDANT MADE A POST ARREST ADMISSION TO OWNERSHIP OF THE GUN AND HAD SHOWN THE OFFICERS WHERE THE GUN WAS LOCATED. THERE WERE CHILDREN IN THE HOUSE AS WELL AS GANG GRAFFITI ON THE WALLS OF DEFENDANT'S LIVING AREA. AT A JURY TRIAL, DEFENDANT'S MOTHER TRIED TO TAKE RESPONSIBILITY FOR THE GUN AND LIED THAT IT WAS HERS.

    DEFENDANT SHOULD NOT BE CONSIDERED FOR EARLY RELEASE. HE HAS BEEN CONVICTED OF MURDER, BURGLARY AND DELIVERY OF A CONTROLLED SUBSTANCE. ADDITIONALLY, BASED ON THE GRAFFITI ON HIS WALL AND TATTOOS, IT'S HIGHLY LIKELY THAT DEFENDANT IS A BLACK P-STONE GANG MEMBER. DEFENDANT WAS ON PAROLE FOR THE DELIVERY OF A CONTROLLED SUBSTANCE CASE WHEN HE COMMITTED THIS FELONY.

                                RICHARD A. DEVINE
                                State's Attorney of Cook County

                      By:

                                MEGAN GOLDISH
                                Assistant State's Attorney

DEFENDANT'S COPY
NAME: Michael Ash
CASE #: 06-9873

Plaintiff EXHIBIT (3)

OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

Richard A. Devine
State's Attorney

Criminal Division
2650 South California Avenue
Chicago, Illinois 60608
July 6, 2007

Defendant: ASH, MICHAEL

DOB: 12/18/1976
LID: 984950
SID: 30829870
FBI: 797658XA2

Case No: 06CR-9873    RD/AR: HM288922    CB/DCN: 16504866

Charge(s)                                                    Sentence

ARMED HABITUAL CRIMINAL
 VERDICT GUILTY ON COUNTS 1 & 2;
 DEFENDANT MUST SERVE 85% OF TIME                            PRISON
                                                                   8 Y

Judge: James D. Egan
Date Sentenced: 06/18/2007    Type of Trial: JURY
Attorney:
Previous Record: (see attached)

State Recommendation:

Complaining Witness: People of the State of Illinois

Arresting Officer: J. Haggerty    18500
                   C P D Area 4 Dist 1

Arresting Officer: Killen         6335
                   C P D Area 4 Dist 1

Arresting Officer: Baltierra      7329
                   C P D Area 4 Dist 1

Assistant State's Attorney: MEGAN GOLDISH

EMD



DEFENDANT'S COPY
NAME: Ash, Michael
CASE #: 06-9873

IN THE UNITED STATES
DISTRICT COURT NORTHERN DISTRICT OF Illinois

MICHAEL ASH,
Plaintiff

Case No.

Richard A. Devine et al,
Defendant

PROOF/CERTIFICATE OF SERVICE

TO: U.S District Court
CLERKS OFFICE
219 S. Dearborn St
CHICAGO, IL 60604

Please take Notice that on July ___, 2010, i have placed the documents listed below in the institutional mail at MENARD correctional center, properly addressed to the parties listed above for mailing through the united states postal service: forma pauperis application, computer printout of plaintiff's trust fund account, affidavit as EXHIBIT (1), official statement of facts as EXHIBIT (2), sentence sheet as EXHIBIT (3).

pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, i declare under penalty of perjury that i am a named party in the above action, that i have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7/8/10

/s/ Michael Ash
NAME: Michael ASH
DOC # B-52018
MENARD CORRECTIONAL CENTER
P.O BOX 711
MENARD, IL 62259