**FILED**
JUL 13 2010 — 7/8/10 N.E
JUL 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear

Clerk of the Court

enclosed is an complaint under the civil rights Act, Title 42 Section 1983 and in Forma Pauperis Application and Financial Affidavit.

"PLEASE" ACCEPT This one (1) copy of the motion that's enclosed, also, "i will send money to you're office for copies to be made and sent To all defendant's named in this case", please tell me if you need me to do that and i will, just tell me the price. another thing, i would like a stamped file copy of the complaint

THANK YOU IN ADVANCE!

TAKE CARE

10 C 4366
Judge Blanche M. Manning
Magistrate Judge Arlander Keys

Michael ash