Case: 1:10-cv-04366 Document #: 6 Filed: 08/02/10 Page 1 of 2 PageID #:26

FILED
Aug 2, 2010
AUG 2 2010
8-2-2010 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

TO: CLERK OF THE UNITED STATES DISTRICT COURT 7/28/10

10 CV 4366

FROM: Michael Ash      CASE NO. 10 C 4366
B-52018
P.O. Box 711
MENARD, IL 62259

i recieved a letter from your office dated July 13, 2010.
in the letter that you sent me, it stated that my petition for leave to file and proceed in forma pauperis in the cause entitled: Michael Ash -vs- Richard A. DEVINE, et al was assigned case no: 10 c 4366. Does that mean that my case was accepted? when i sent you the petition, i only sent one (1) copy because we've been on lock-down for over a month and it's very hard to obtain copies here because on lock downs, we dont have much access to the Law Library. i asked you if you would get copies for me, the right amount that i needed, plus a stamped filed copy for myself. Sorry that i wasnt able to send the appropriate amount of copies to you. i know next time to write to you're

"Certified Copies Desk". In the future, do i send money to the "Certified Copies Desk" before or after the service they provide? Your help in this matter would be greatly appreciated. Thank you in advance for your prompt attention.

Sincerely,

Michael ash